# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**WALTILIA SARE ROBINSON**  **PLAINTIFF**
**ADC #719972**

v.  **CASE NO. 2:25-CV-00150-BSM-JJV**

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 15] is adopted, and Warden Colanrel is dismissed from this lawsuit without prejudice. Waltilia Robinson may proceed with her conditions of confinement claim against all other defendants. An *in forma pauperis* appeal of this order would not be taken in good faith.

IT IS SO ORDERED this 29th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE